THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENNY SABATINO, Respondent, *v.* EDGAR S. JENNINGS, as Warden of Auburn Prison, Appellant.

*Appeal — motion to dismiss denied.*

*People ex rel. Sabatino* v. *Jennings,* 221 App. Div. 418, appeal dismissed.

(Submitted October 3, 1927; decided October 11, 1927.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 25, 1927, which reversed an order of Special Term dismissing a writ of habeas corpus, sustained said writ and directed the discharge of relator.

The motion was made upon the ground of failure to include in the printed record the opinion of the Appellate Division.

*Benny Sabatino,* in person, for motion.

*Albert Ottinger, Attorney-General (Henry C. Henderson* of counsel), opposed.

Motion denied.

---

WESTCHESTER MORTGAGE COMPANY, Appellant and Respondent, *v.* GRAND RAPIDS AND IONIA RAILROAD COMPANY et al., Defendants.

JOHN A. VAN RENSSELAER, Appellant and Respondent; MARIAN R. KENNEDY et al., as Executors of HENRY V. R. KENNEDY, Deceased, et al., Respondents.

(Submitted October 3, 1927; decided October 11, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 246 N. Y. 194.)